# ALABAMA GREAT SOUTHERN RAILROAD CO. *v.* DAVIS.

No error of law was complained of. The evidence authorized the verdict, and no sufficient reason has been shown for reversing the judgment.

Submitted July 18,—Decided December 12, 1906.

Action for damages. Before Judge Fite. Dade superior court. December 15, 1905.

The plaintiff, by his next friend, brought suit against the railway company, alleging that he was an infant, ten years of age, and was a passenger upon the train of defendant, and that when he arrived at his destination an employee of the defendant, who was standing at the steps of the car from which he was alighting, caught him roughly and caused him to strike his knee against some portion of the car or steps, and, as a result, his knee was bruised, strained, and dislocated, from which he has suffered great pain, and continues to suffer. The defendant, in its answer, denied all the material allegations of the petition. The trial resulted in a verdict for the plaintiff for $1200. The defendant filed a motion for a new trial upon the general grounds, and also upon the ground that the verdict was excessive. The motion was overruled, and the defendant excepted.

*J. P. Jacoway,* for plaintiff in error.

*R. J. & J. McCamy* and *B. T. Brock,* contra.

COBB, P. J. (After stating the foregoing facts.) The evidence of the plaintiff amply authorized a finding that he was roughly handled by the employee of the railroad company who assisted him

from the train, and that, as a result of this treatment, his knee was injured by being struck against some part of the car. The evidence for the defendant was in direct conflict with this evidence, the employee, who it is claimed inflicted the injury, denying that he assisted the plaintiff or touched him in any way when he was alighting from the car. All this evidence presented questions for the jury, and their finding in the matter, having met with the approval of the trial judge, will not be disturbed by this court.

There was some evidence that the knee was dislocated, but there was a conflict on this point. It was shown, by the testimony of the plaintiff and his mother and father, that he had never entirely recovered from the injury to his knee, and that he still suffered pain. The trial took place a year or more after the injury is alleged to have occurred. It can not be said that the evidence authorized a finding that the injury was permanent, but there was some evidence that pain or inconvenience resulting from the injury might continue for some time. While the verdict is full, we are not authorized to say, as a matter of law, that it was so excessive as to justify the conclusion that the jury were animated by prejudice or bias. *Judgment affirmed. All the Justices concur.*